FILED

JUL 20 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

v.                                Case No. SA-23-CV-00905-FB

Defendant Judge Matt Johnson, et al

---

Please see attached Writ

RBF

Case: 23-50234 Document: 00516772741 Page: 2 Date Filed: 06/02/2023

No. 23-50234

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
MELISSA V. MATTINGLY, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

1. Lowell Dean 3:18-cv-1459-M-BT FALSE IMPRISONMENT Because of Ignorance

2. Section 10 (violated) EX POST FACTO, because cause no. F84-97008-HK (8/10/1989) 30 Years, (DR-NO. 0592-90)

Pet. Crim. App. December 12, 1990 refused.

No. 05-89-01170-CR Fifth Court of Appeals Dallas June 11, 1990; affirmed. Final Judgment

7. Jon R. Gimble, 501 Washington Ave McLennan County Courthouse #300 Waco Texas 76701. Lowell Quincy Green, 119 Roger Street McGregor Texas 76657, Cause no. 1994-659-C, 54th District Court of McLennan County, Texas, January 02, 1994 (illegal) 25 Years December 07, 1994. Judge George Allen, WR-82,981-09 (August 20, 2018)

8. Judge Matt Johnson (Contempt) App-Waco No. 10-19-00017-CR

9. 23-50234 (Judge Matt Johnson) Sued,

Fred Biery) (WR-82,981-02)(2012-709-C2) illegal life Sentence. 04-13-00456-CR) Fourth Court of Appeals. 6:15-cv-285 Walters Smith. Jr. Jeffrey C. Manske, Robert L Pitman 16-50522 (Record) Ken Patton (Treason) same 6:17-cv-295 (Robert L Pitman) "unclean" hands. 17-50973 ( 23-50234) (See) WR-82,981-17 (2012-709-C2) (5:23-cv-109) (Fred Biery) Contempt on record

10. WR-82,981-03 (2012-790-C2) (illegal) 25 years, 6:15-cv-366 (Robert L Pitman) Contempt, 16-51098 10-16-00439-CR Green v. State   2012-790-C2 Jan. 11, 2017 (Actual Innocence) see WR-82,981-11 (2012-790-C2) 4:20-cv-2585 22-20131 (Contempt) violating Congress, see WR-82,981-18 (2012-790-C2) 5:23-cv-102 (Fred Biery) Contempt 23-50234

11. WR-82,981-04 (2012-791-C2) (illegal) 25 years 6:16-cv-290 (Robert L Pitman) Contempt, 18-50044
(12) 10-16-00440-CR Green v. State . 2012-791-C2
(13) Actual Innocence Treason on Congress (23-50234 FB. $14 Million Dallas Now). Jewell Green FBI Fact to Impeach



(14) The United States Congress said Slavery and Debt Bondage was forever prohibited in all forms. Thirteenth Amendment (Fred Biery) took the OATH-OF-OFFICE and Breached his own Oath.

(15) Fred Biery is sued, Lerlec v. Webb, 419 F.3d 405, 419 (5th Cir.) Judge is amendable (FALSE IMPRISONMENT) to instant suits and clerk Delvin Philip, and Monica R. Washington, in their enforcement capacities violating United States Constitution Fourteenth Amendment Section 1. The Due Process Clause of the Fourteenth Amendment, which provides "Nor shall any State deprive any person of life, liberty, or property, without due process of law." U.S. const. amend. XIV.

Page 3.

---

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 07, 2023

#518622
Mr. Lowell Q. Green
CID Connally Prison
899 FM 632
Kenedy, TX 78119-0000

No. 23-50234    Green v. Law Library Employee
                USDC No. 5:23-CV-107

Dear Mr. Green,

We received your correspondence. In light of the clerk's order of June 2, 2023, dismissing the appeal for failure to pay the fee, we are taking no action on this correspondence.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

(16) Green v. State. 05-89-01170-CR (Dallas 5th Dist.) Page 4 of 11
09-97008 Case: 23-50234 Document: 00516772741 Page: 1 Date Filed: 06/02/2023

(17) The District Clerk Gloria A. Martinez shall follow Federal law, as observed by the Supreme Court. The Right to Access to the Courts. Lowell DeQuincy Green — FALSE IMPRISONMENT

# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Jun 02, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-50234

LOWELL Q. GREEN,

Plaintiff—Appellant,

(18) 283rd District Court of Dallas, Texas (August 10, 1986) 30 years. Penal Code 31.03

versus

LAW LIBRARY EMPLOYEE; CONNALLY UNIT, Et al., Sued for

(19) Conspiracy. Josie A. Torres

Defendants—Appellees. Mailroom Supervisor, Tampering with Federal Mail,

(20) 18 USC § 242

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-107

The First Amendment. Bill of Rights, Bounds v. Smith, 430 U.S. 817, 822 (1977)

CLERK'S OFFICE:

(21) Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 2, 2023, for want of prosecution. The appellant failed to timely pay the docketing fee. Violated Federal law, the clerk committed treason. Josie A. Torres 5/9/2023 X Lowell Quincy Green 1 Money Order $890.00 # 19518205397 Filing Fee, $500.00 First Amendment right to be heard and free from cruel and unusual punishment (U.S. Const) Article

See other side. Page 4. Lowell Green 6/0/2023

FILED
O'CLOCK ___ M
JUN 0 3 2023
GLORIA A. MARTINEZ
District Clerk, Bexar County, Texas
BY _____ DEPUTY

1, § 10. (EX POST FACTO) Violation Record Claim. Preiser v. Rodriguez, 411 U.S. 475, 479 (1973)(the plaintiff has the right to invoke all of the Federal procedural rules, including the right of discovery.) A defendant tried by a partial judge is entitled to have his conviction set aside no matter how strong the evidence against him. Edward v. Balisok, 117 S.ct. 1584. Authority,

(22) LOWELL DEQUINCY GREEN, 19-10322 V. Ken Paxton, Susan San Miguel, 3:18-cv-1454-M-BT (F89-97000-HT) 2012-789-C2, illegal Cumulation 2012-790-C2, 2012-791-C2, 1994-659-C, 6:15-cv-285 (Records) on the Clerk Philip Delvin. Sept. 15, 2015. 1650522 Ken Paxton, Susan San Miguel TREASON On Walter S. Smith Jr., Jeffrey C Manske, Robert L. Pitman. 42 USC § 9613(g)(2) CONGRESS Mandate Collateral estoppel 7/12/2023 Lowell Green Page 5

23) Public Defender Stan Schwieger violated United States Constitution Sixth Amendment, Evitts v. Lucey, 469 U.S. 387, 393-94 (1985) He filed an illegal appeal documented May 15, 2015, Public Defender Lawrence E. Johnson. Tenth Court of Appeals,

24) Judge Matt Johnson (Contempt) Tex. Code of Crim. Proc. Ann. art. 42.08. n.28, sufficiency of sentence. In general Provision of sentence that was cumulative with sentence imposed by a different court was ineffective. Ex parte McFarland (1955) 160 Tex. Crim. 641, 275 S.W. 2d 71; Ex parte Cannon, (1955) 161 Tex. Crim. 447, 278 S.W. 2d 850, A Court may not add a cumulation order onto a sentence already imposed after the defendant has suffered punishment under the originally imposed, such an attempted cumulation is null and

void and is of no effect. *Voelkel* 517 S.W.2d 291 (Tex. Crim. App. 1975) That portion of sentence upon conviction of altering written instrument and passing as true which attempted to cumulate sentence with additional sentences was ineffective, where correct designation of the courts, the numbers of the cases and dates of the prior convictions were absent. *Ex parte Hamilton*, 163 Tex. Crim. 283, 290 S.W.2d 673. In order to have cumulation order found void, defendant must show that Texas Department of Criminal Justice Institution Division (TDCJ-ID) is not properly calculating sentences; overruling *Ex parte Asha*, 641 S.W.2d 243; *Ex parte San Miguel* (Cr.App. 1998) 973 S.W.2d 310. Indictment

may be considered in construing judgment and sentence. <u>Higginbotham v. State</u> (Cr. App. 1973) 497 S.W. 2d 299.

(25) <u>WR-82,981-02 Cause no. 2012-709-C2, March 29, 2012, Lowell Quincy Green, used or exhibited a deadly weapon, to-wit: a Firearm or BB Handgun. Judge Matt Johnson Treason, Art. 1, §10 Tex. Const. Grand Jury, 54th District Court. April 11, 2012 District Clerk Karen C. Matkin filed a bad indictment she impeached Judge Matt Johnson</u>

(26) <u>Cause no. 2012-791-C2 March 19, 2012, Lowell Quincy Green used or exhibited a deadly weapon, to-wit: a Firearm or BB Handgun. Judge Matt Johnson Treason, Art. 1, §10, Tex. Const. Grand Jury 54th District Court April 18, 2012</u>,

Page 10 of 10

District Clerk Karen C. Matkins, impeached Judge Matt Johnson, Tex. Rules of Evid. Rule 803(8)(C) Public Records. Tex. Rules of Evid. Rule 605 prohibits the judge from testifying in person. App-San Antonio, No. 04-13-00456-CR

27) No. 2012-709-C2, March 24, 2012-April 11, 2012,
28) No. 2012-790-C2, March 19, 2012-April 18, 2012,
29) No. 2012-791-C2, Feb. 05, 2012-April 18, 2012, Aggravated Robbery, butcher's knife, unknown black man. Skinny's Convenience Store, Tex. Penal Code Ann. § 1.07(a)(35) Clerk Jessica Espinoza, reported he used or exhibited a deadly weapon, to-wit: knife.

30) Judge Matt Johnson, is incompetent, WR-82,981-02 illegal Jury Trial May 13, 2013. Nobody can used or exhibited a deadly weapon, to-wit: a firearm or BB Handgun,

Page 9 see other side

("[ C.R. at 60] 11 White Juror's and 1 Black Juror May, 14, 2013" [was not] impartial. Baston v. Kentucky, 476 U.S. 79, 96-98 (1986)/Structural error/Arizona v. Fulminante, 499 U.S. 279, 310 (1991) Automatic Reversal. 16-50522 (Brief) 6:15-cv-285 (Appellate Counsel) Stan Schwieger,

31.) WR-82,981-02 (Crim.App-April 1, 2015)

32.) PDR-0343-14/Stan Schwieger/June 11, 2014, Green v. State. NO. 04-13-60456-CR San Antonio Fourth Court of Appeals (FRAUD) they have no Jurisdiction over Mclennan County, Waco, Texas (Prosecutors) Brandon Luce, Landon Ramsey. Jury Trial May 13, 2013 (VOIR DIRE) DOUBLE JEOPARDY,

HOLDING:

33.) Plantiff request his immediate release now. STAY LAWSUIT. Lowell Green #518622 7/12/2023